UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shane Robinson,

    Petitioner,

  v.                                    Case No. 2:10–cv–503

Warden, Mansfield Correctional        JUDGE MICHAEL H. WATSON
Institution,                                Magistrate Judge Kemp

    Respondent.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 4, 2011. ECF No. 18. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The petitioner's motion to stay or dismiss, ECF No. 14, is **DENIED**. Grounds one through four of the petition are **DISMISSED**.

IT IS SO ORDERED.

                                                    MICHAEL H. WATSON, JUDGE
                                                    UNITED STATES DISTRICT COURT