UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shane Robinson,

    Petitioner,

v.

Warden, Mansfield Correctional Institution,

    Respondent.

Case No. 2:10–cv–503

JUDGE MICHAEL H. WATSON
Magistrate Judge Kemp

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on August 4, 2011. ECF No. 18. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The petitioner's motion to stay or dismiss, ECF No. 14, is **DENIED**. Grounds one through four of the petition are **DISMISSED**.

IT IS SO ORDERED.

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT