IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Shane Robinson,

    Petitioner,

v.                                  Case No. 2:10-cv-503

Warden, Mansfield Correctional      JUDGE MICHAEL H. WATSON
Institution,                              Magistrate Judge Kemp

    Respondent.

### ORDER

This case is before the Court to consider a *Report and Recommendation* issued by the Magistrate Judge on February 29, 2012. Although the parties were advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT